

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00675-CV

John M. **DONOHUE**,
Appellant

v.

**BANDERA COUNTY SHERIFF'S DEPARTMENT**; Daniel R. Butts, Sheriff; J.J. Martinez,
Deputy; John Doe #1; John Doe #2; John Doe #3, Individually, Jointly, Severally, and In Their
Official Capacity,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000239
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

SIGNED August 12, 2015.

_____
Rebeca C. Martinez, Justice